JOSEPH L. SPOFFORD, Respondent, *against* DAVID N.
ROWAN, Appellant.

(Decided April 4th, 1887.)

Leave to appeal to the Court of Appeals will be granted only where the
application therefor shows that the construction of a public statute is
involved; or that the questions of law are of public importance or
affect large public interests; or that the principles involved are also of
importance to others than the parties to the suit; or that a number of
cases are depending upon the decision.

MOTION for leave to appeal to the Court of Appeals from
a judgment of this court affirming a judgment of the General
Term of the City Court of New York, which affirmed a judg-
ment of that court.

*David N. Rowan*, appellant, in person.

*E. P. Johnson*, for respondent.

LARREMORE, Ch. J. — This is an application for leave to
appeal to the Court of Appeals.

This court has repeatedly held that the grounds of such
application should show either of the following facts: that
the construction of a public statute is involved; that the

questions of law are of public importance or affect large public interests; that the principles involved are also of importance to others than the parties to the suit; that a number of cases are depending upon the decision of the case at bar (*Butterfield* v. *Radde*, 38 Super. Ct. Rep. 44; see also *Josuez* v. *Murphy*, 6 Daly 404; *Annan* v. *Ritchie*, Id. 331).

The rulings in *Curley* v. *Tomlinson* (5 Daly 283), and *Mount* v. *Mitchell* (32 N. Y. 702), as to motions for a re-argument, apply with equal force to an application of this character.

It is not shown that any statute governing the case, or any decision controlling it, has been overlooked. The judgment in question was affirmed by the General Term of the City Court and also by the General Term of this court, and we do not think, under all the circumstances, that the case is one which would authorize us to grant this application. The motion is therefore denied.

J. F. DALY, J., concurred.

VAN HOESEN, J., concurred in the result.

Motion denied.